IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICHOLAS ALLEN EUCLIDE,

    Plaintiff,

v.

JEFFERSON COUNTY, WISCONSIN;
JEFFERSON COUNTY JAIL;
DIETICIAN; JEFFERSON COUNTY JAIL
and KITCHEN STAFF, JEFFERSON
COUNTY JAIL;

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-8-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case with prejudice.

_____
Peter Oppeneer, Clerk of Court

2/1/10
Date